FILED by _____ D.C.
AUG 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES DISTRICT COURT**
*Southern District of Florida*

UNITED STATES OF AMERICA )  Case Number: CR **00-4198-BSS**
                    Plaintiff )
                              )  REPORT COMMENCING CRIMINAL
         -vs-                 )  ACTION
                              )
   THADDEUS WARREN            )  **55424-004**
         Defendant            )  USMS Prisoner No:

*************************************************************

TO: Clerk's Office   MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court       FT. PIERCE
                   (circle one of above)
NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.

*************************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: **8/9/00   2009   am/pm**

(2) Language Spoken: **ENGLISH**

(3) Offense(s) Charged: **CONSPIRACY TO TRAFFIC Import IN MARIJUANA  POSS W/ INTENT TO DISTRIBUTE MARIJ**

(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: **4/15/65**

(6) Type of Charging Document: (check one)
    [ ] Indictment   [X] Complaint to be filed/already filed
    Case#_____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: **SOUTHERN DIST OF FLA**

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: **08/09/00**   (9) Arresting Officer: **RODATH**

(10) Agency: **DEA**            (11) Phone: **954 489 1700**

(12) Comments: _____