**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT: THADDEUS WARREN (J) | CASE NO: 00-4198-BSS |
| AUSA: BERTHA MITRANI — pres | ATTY: MARTIN ROTH, ESQ. pres |
| AGENT: | VIOL: |
| PROCEEDING: PRETRIAL DETENTION HEARING | RECOMMENDED BOND: PTD |
| BOND HEARING HELD - yes / no  Stip | COUNSEL APPOINTED: |
| BOND SET @: 300,000 CSB  w/ Nebbia | To be cosigned by: |

FILED by ___ D.C.
AUG 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Gov't reserves the right to request PTD should deft seek to post the bond or reduce it.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 8-16-00    TIME: 11:00    FTL/LSS TAPE # 00 - 042    Begin: 1358   End:

