UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6230** CR-DIMITROULEAS

21 U.S.C. § 841(a)(1)     MAGISTRATE JUDGE
21 U.S.C. § 846           SNOW
21 U.S.C. § 952(a)
21 U.S.C. § 963
18 U.S.C. § 2



UNITED STATES OF AMERICA,

v.

ALDIN WILSON,
ESROM WILLIAMS,
DAVID NESBETH,
THADDEUS WARREN,
CLIFFORD GRANSTON,
and
MARC ANTHONY JOHNSON,

      Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT I

From on or about May 31, 2000, through on or about August 6, 2000, at Broward County,

in the Southern District of Florida, and elsewhere, the defendants,

**ALDIN WILSON,
ESROM WILLIAMS,
DAVID NESBETH,
THADDEUS WARREN,
and
MARC ANTHONY JOHNSON,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with



other persons known and unknown to the Grand Jury to import into the United States, from a place outside thereof, in excess of one hundred (100) kilograms of a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

## COUNT II

On or about August 6, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**ALDIN WILSON,**
**ESROM WILLIAMS,**
**DAVID NESBETH,**
**THADDEUS WARREN,**
**and**
**MARC ANTHONY JOHNSON,**

did knowingly and intentionally import into the United States, from a place outside thereof, in excess of one hundred (100) kilograms of a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana; in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

## COUNT III

From on or about May 31, 2000, through on or about August 9, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**ALDIN WILSON,**
**ESROM WILLIAMS,**
**DAVID NESBETH,**
**THADDEUS WARREN,**
**CLIFFORD GRANSTON,**
**and**
**MARC ANTHONY JOHNSON,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with

other persons known and unknown to the Grand Jury to possess with the intent to distribute in excess of one hundred (100) kilograms of a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

## COUNT IV

On or about August 9, 2000, at Broward County, in the Southern District of Florida, the defendants,

**ALDIN WILSON,**
**ESROM WILLIAMS,**
**DAVID NESBETH,**
**THADDEUS WARREN,**
**CLIFFORD GRANSTON,**
**and**
**MARC ANTHONY JOHNSON,**

did knowingly and intentionally possess with the intent to distribute in excess of one hundred (100) kilograms of a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

Leonard Roth

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

v.

ALDIN WILSON, ET AL.            **CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:
**Court Division**: (Select One)   New Defendant(s)        Yes ____   No ____
                                   Number of New Defendants  ____
___ Miami   ___ Key West          Total number of counts    ____
_X_ FTL     ___ WPB ___ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:         (Yes or No) _NO_
    List language and/or dialect    _English_

4.  This case will take _2-3_ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                              (Check only one)

    I    0 to 5 days       _X_         Petty       ____
    II   6 to 10 days      ____        Minor       ____
    III  11 to 20 days     ____        Misdem.     ____
    IV   21 to 60 days     ____        Felony      _X_
    V    61 days and over  ____

6.  Has this case been previously filed in this District Court? (Yes or No) _No_
    If yes:
    Judge: _____     Case No. _____
    (Attach copy of dispositive order)

    Has a complaint been filed in this matter?(Yes or No) _Yes_
    If yes:
    Magistrate Case No. _00-4198-BSS_
    Related Miscellaneous numbers:_____
    Defendant(s) in federal custody as of _Wilson, Williams, Nesbeth, Warren, Granston, and Johnson as of 8/10/00_
    Defendant(s) in state custody as of _____
    Rule 20 from the _____  District of _____

    Is this a potential death penalty case? (Yes or No) _No_

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No  If yes, was it pending in the Central Region? ___ Yes ___ No

8.  Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                    _____
                                    BERTHA R. MITRANI
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Florida Bar No. 88171

*Penalty Sheet(s) attached

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: **ALDIN WILSON**          No._____

Count # 1 :

Conspiracy to import marijuana into the United States; in violation of 21 U.S.C. § 952(a)

and 21 U.S.C. § 963

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 2 :

Importation of marijuana into the United States; in violation of 21 U.S.C. § 952(a) and

18 U.S.C. § 2

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 3 :

Conspiracy to possess with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 4 :

Possession with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: **ESROM WILLIAMS**          No._____

Count # 1 :

Conspiracy to import marijuana into the United States; in violation of 21 U.S.C. § 952(a)

and 21 U.S.C. § 963

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 2 :

Importation of marijuana into the United States; in violation of 21 U.S.C. § 952(a) and

18 U.S.C. § 2

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 3 :

Conspiracy to possess with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 4 :

Possession with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: **DAVID NESBETH**          No._____

Count # 1 :

Conspiracy to import marijuana into the United States; in violation of 21 U.S.C. § 952(a)

and 21 U.S.C. § 963

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 2 :

Importation of marijuana into the United States; in violation of 21 U.S.C. § 952(a) and

18 U.S.C. § 2

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 3 :

Conspiracy to possess with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 4 :

Possession with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count #:


*Max. Penalty:


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: **THADDEUS WARREN**          No._____

Count # 1 :

Conspiracy to import marijuana into the United States; in violation of 21 U.S.C. § 952(a)

and 21 U.S.C. § 963

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 2 :

Importation of marijuana into the United States; in violation of 21 U.S.C. § 952(a) and

18 U.S.C. § 2

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 3 :

Conspiracy to possess with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 4 :

Possession with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: **MARC ANTHONY JOHNSON**        No._____

Count # 1 :

Conspiracy to import marijuana into the United States; in violation of 21 U.S.C. § 952(a)

and 21 U.S.C. § 963

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 2 :

Importation of marijuana into the United States; in violation of 21 U.S.C. § 952(a) and

18 U.S.C. § 2

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 3 :

Conspiracy to possess with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 4 :

Possession with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: **CLIFFORD GRANSTON**      No._____

Count # 3 :

Conspiracy to possess with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 4 :

Possession with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

*Max. Penalty: 5 years' mandatory minimum imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96