## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: THADDEUS WARREN (J) #55424-004           CASE NO: 00-6230-CR-DIMITROULEAS

AUSA: BERTHA MITRANI  *Powell*           ATTY: MARTIN ROTH, ESQ.

AGENT: _____           VIOL: _____

PROCEEDING: ARRAIGNMENT           RECOMMENDED BOND: _____

BOND HEARING HELD - yes / no           COUNSEL APPOINTED: _____

BOND SET @: _____           To be cosigned by: _____

*FILED by ___ D.C. AUG 18 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

**Reading of Indictment Waived**
**Not Guilty plea entered**
**Jury trial demanded**
**Standing Discovery Order requested**

- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 9-8 | 11 | BSS | |

DATE: 8-18-00   TIME: 9:30 AM.   FTL/LSS TAPE # 00 - 044   Begin: 245   End: 345

