```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
                                    CASE NO. 00-6230-CR-DIMITROULEAS
     UNITED STATES OF AMERICA

            vs

     THADDEUS WARREN                 ARRAIGNMENT INFORMATION SHEET
```

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on AUGUST 18, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

```
     DEFENDANT:             Address: CUSTODY
                            _____

                            Telephone:_____
     DEFENSE COUNSEL:       Name:       MARTIN ROTH, ESQ.
                            Address:_____
                            _____

                            Telephone:_____
     BOND SET/CONTINUED:    $_____
```

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __18TH__ day of __AUGUST__, 2000.

```
                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/CLERK OF COURT

                                    By: Jenny Butler
                                        Deputy Clerk

                                    Tape No.____00- 044
```

cc: Copy for Judge
    U. S. Attorney

