UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6230(R-?)/m-Tra(e?

    Plaintiff,

vs.

TADDIUS WARREN,

    Defendant.
_____/



### NOTICE OF APPEARANCE

COMES NOW MARTIN L. ROTH, ESQUIRE, and files this appearance of counsel for the Defendant, TADDIUS WARREN, in the above-styled cause. This notice is for trial purposes only.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been hand-delivered to the United States Attorney's Office at 99 N.E. 4th Street, Miami, FL 33132, on this 18th day of August, 2000.

                                      Respectfully submitted,

                                      HABER & ROTH, P.A.
                                      Attorneys at Law
                                      1001 Brickell Bay Drive, Suite 1704
                                      Miami, FL 33131
                                      (305)374-6033

                By: _____
                              Martin L. Roth, Esquire
                              Fla. Bar No. 265004



HABER & ROTH, ATTORNEYS AT LAW, 1001 BRICKELL BAY DRIVE, SUITE 1704, MIAMI, FLORIDA 33131, (305) 374-6033