UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6230-CR-DIMITROULEAS

UNITED STATES OF AMERICA,          :

       Plaintiff,          :

v.          :

ALDIN WILSON, et al.,          :

       Defendant.          :

FILED by _____ D.C.

AUG 24 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## O R D E R

THIS CAUSE is before the Court on defendant **Clifford Granston's** Motion to Reconsider Detention Order (filed August 21, 2000), which was referred to United States Magistrate Judge, Lurana S. Snow. Therefore, it is hereby

ORDERED AND ADJUDGED that the Government shall respond to the motion, on or before August 28, 2000.

DONE AND ORDERED at Fort Lauderdale, Florida, this 24th day of August, 2000.

Lurana S. Snow
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bertha Mitrani (FTL)
Junior Farquharson, Esq.

