U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

DEFT: Thaddeus Warren (no deft)   CASE NO: 00-6230-CR-Dimitrouleas
AUSA: Bertha Mitrani /Bradfield/   ATTNY: Martin Roth /Nathan Diamond Standing/
AGENT: _____   VIOL: _____
PROCEEDING: Status Conference   BOND REC: _____
BOND HEARING HELD -- yes/no   COUNSEL APPOINTED: _____
BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

FILED by _____ D.C.
SEP 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) Halfway House
    Electronic Monitoring

Discovery out
2-3 days
Gov't ready
no mets
Copies of discovery being
made by defense
counsel
∆ will not be cont.

NEXT COURT APPEARANCE: ___   DATE: ___   TIME: ___   JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 9-8-00   TIME: 11:00am   TAPE # 00-072 PG # 2
500 – 573