UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6230-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

THADDEUS WARREN

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on September 8, 2000. At that conference, the parties informed the Court as follows:

1. The Government's discovery materials include three (3) video and forty-six (46) audio tapes, one copy of which was sent to counsel for co-defendant Aldin Wilson; co-counsel will need to make copies of the tapes provided to Wilson's counsel. The Government further represented that no motions are currently pending, that it is ready to proceed, and that the matter will require two to three days to try. A plea disposition remains possible.

2. Defense counsel informed the Court that arrangements are being made to copy the audio and video tapes. He anticipates moving to continue the trial of this cause.

DATED at Fort Lauderdale, Florida this ____ day of September 2000.

BARRY S. SELTZER
United States Magistrate Judge

1



Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Bertha Mitrani, Esquire
Assistant United States Attorney

Martin Roth, Esquire
Haber & Roth
1001 Brickell Bay Drive, Suite 1704
Miami, Florida 33131-4939
Attorney for Defendant