**CRIMINAL MINUTES**

FILED by _____ D.C.

SEP 22 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

---

CASE NUMBER: 00-6230-CR-WPD    DATE: September 22, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Maddeus Warren

U.S. ATTORNEY: Bertha Mitrani    DEFT. COUNSEL: Martin Roth

REASON FOR HEARING: Change of plea.

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Count 1. Gov't to dismiss Counts 2, 3, 4 (?) time of sentencing. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 12/1/00    TIME: 11:30    FOR: Sentencing

MISC: Written plea agreement filed.