UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6230-CR-DIMITROULEAS

    Plaintiff,

vs.

THADDEUS WARREN,

    Defendant.

_____/

FILED by _____ D.C.

OCT 1 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**O R D E R**

THIS CAUSE having been heard upon Probation's October 17, 2000 request to postpone sentencing, said request is GRANTED. Sentencing is reset until <u>Friday, December 22, 2000 at 11:30 A.M.</u>

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of October, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Dennis Woolfolk, USPO

Bertha Mitrani, AUSA

Martin Roth, Esquire
1001 Brickell Bay Drive, #1704
Miami, FL 33131