UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
PLAINTIFF,

CASE NO.: 00-6230-CR-DIMITROULEAS

vs.

THADDEUS WARREN,

DEFENDANT.
_____/

### DEFENDANT THADDEUS WARREN'S OBJECTION TO PRE-SENTENCE INVESTIGATION REPORT

COMES NOW the DEFENDANT, THADDEUS WARREN, by and through his undersigned counsel, and objects to the initial pre-sentence investigation report in two areas, each of which effect the guideline calculations in this case. Defendant requests application of the safety valve, 18 U.S.C. §3553(f). Defendant has met the five criteria set forth in that section and in U.S.S.G. §5C1.2.

Counsel understands that AUSA Bertha Mitrani has notified Probation Officer Dennis Woolfolk that Defendant has been debriefed and has thereby met the fifth required criteria for safety valve treatment. Counsel believes that this objection may not be a contested issue for the Court by the time of sentencing.

Defendant objects to the two level increase for use of an aircraft that is not a regularly scheduled commercial carrier. U.S.S.G. §2D1.1(b)(2)(A). Defendant disputes the facts in paragraph 8 in the report that claim that Defendant expressed a preference for CS2 to be the pilot, rather than CS1. Defendant had never before met either person. Defendant Warren

also denies that he sketched out the location of an airstrip in Jamaica. Paragraph 8 says "either Warren or JANO pulled out a notebook and began drawing the location" (emphasis added) where marijuana was to be picked up. Perhaps it was "JANO" but it was not Defendant Warren. Additionally, Warren, out of fear of dealing with persons he had never met, did not participate in the conversations with CSI or CS2, other than exchanging hellos and goodbyes.

Defendant Warren would also object to the statement in paragraph 27 that claims he "participated in drawing a map of the airstrip." Defendant does not deny observing the drawing and hearing the others discuss the airstrip, but he was only listening. Defendant Warren had no role in determining how the marijuana would get to the United States, whether by airplane or boat. He was an investor in the deal and was going to receive marijuana to distribute.

Defendant Warren had no control over the method of transportation and no input within the group of conspirators of how the marijuana would be moved, or whether any particular airstrip would be used.

The case also presents the situation where the aircraft and the pilot are provided by the Government. Defendant Warren had no access to an airplane or a pilot. The actual importation was accomplished by the government's providing an aircraft and pilot. Although it is true that an importation occurred, See *U.S. v. Chastain*, 198 F. 3rd 1338, 1354 (11th Cir. 1999), this Defendant played no part in the means by which the importation was achieved.

WHEREFORE, Defendant files his objections to the pre-sentence investigation report.

Respectfully submitted,

HABER & ROTH, P.A.
1001 Brickell Bay Drive #1704
Miami, Florida 33131
Tel. (305) 374-6033

BY: _____
MARTIN L. ROTH, ESQUIRE
Fla. Bar No. 265004

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was mailed to Bertha Mitrani, A.U.S.A., United States Attorney's Office, 500 E. Broward Blvd. 7th floor, Fort Lauderdale, Florida 33301 and Dennis Woolfolk, U.S. Probation Officer, 300 NE 1 st Avenue, Room 315, Miami, Florida, 33132-2126 on this 27/day of November, 2000.

By: _____
Martin L. Roth, Esquire