## CRIMINAL MINUTES

FILED [stamp] D.C.
DEC 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6230-CR-WPD     DATE: December 22, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: Fran     INTERPRETER: ___

UNITED STATES OF AMERICA VS. Thaddeus Warren

U.S. ATTORNEY: Bertha Mitrani     DEFT. COUNSEL: Marsha Roth

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: 70 months BOP, 5 years Supervised Release, No Fine, $100.00 Assessment.

Court Recommends designation as close to New York City as possible

CASE CONTINUED TO: ___ TIME: ___ FOR: ___

MISC: Deft Informed of Right to Appeal.